MADISON AVENUE ΄REALTY COMPANY, Respondent, v. M. J. FRANK & Co., INC., and FRANK SECURITIES CORPORATION, Appellants.— Judgment affirmed, with costs. No opinion. Present·— Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN A. HARRISS, ΄Respondent, v. J. FREDERIC TAMS, Defendant, Impleaded with CHARLES KING, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., ΄Merrell, Finch, McAvoy and Sherman, JJ. [137 Misc. 879.]

HANNAH LESEM, Appellant, v. FERDINAND GOLDSCHMIDT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LOUIS STARK, ΄Respondent, v. MUNSON STEAMSHIP LINE, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

΄NICHOLAS MANCINO, Respondent, v. FREDERICK PRISCO, Appellant.— Order reversed, with costs and disbursements, and motion denied, with ten dollars costs, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT P. RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT, Appellant.— Order affirmed, with ten dollars costs and disbursements. ΄No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT P. ΄RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT GREENBERG, an Infant, by MORRIS GREENBERG, His Guardian ad Litem, Respondent, v. J. KRUGER, INC., Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs. The record contains no evidence from which it can be found that the defendant participated in the placing of the piano upon the sidewalk. The process was valid, and the defendant is not responsible for the manner of its execution by the city marshal. (*Ide* v. *Finn*, 196 App. Div. 304.) Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARTHA E. HERRMANN, Respondent, v. KATHARINE C. HERRMANN and HENRIETTA L. HERRMANN, Individually and as Executrices, etc., of EDWARD P. HERRMANN, Deceased, Appellants, Impleaded with Others.— Interlocutory judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ABRAHAM HASKEL and Others, Landlords, Respondents, v. 60 WEST FIFTY-THIRD STREET CORPORATION, Tenant, Appellant, Impleaded with Another.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRIS PLATZNER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. LOUIS PLATZNER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgments and orders reversed, with costs, and new trial ordered, with costs to the appellant to abide the event, on the